Case 2:21-cv-03444-SB-JC   Document 20   Filed 11/16/21   Page ... :218

FILED
CLERK, U.S. DISTRICT COURT
November 16, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-cv-03444-SB-JC |
|---|---|
| Plaintiff, | |
| v. | **FINAL JUDGMENT** |
| $61,300.00 IN U.S. CURRENCY, | |
| Defendant. | |

For the reasons set forth in the separate Order on Motion for Default Judgment entered this day, it is

ORDERED AND ADJUDGED that Defendant $61,300.00 in U.S. Currency is FORFEITED to the United States of America pursuant to 21 U.S.C. § 881(a)(6).  All right, title, and interest of potential claimant Keanu Cruz, Sr. and all other potential claimants in and to the defendant currency is condemned and forfeited to the United States of America.  The United States of America shall dispose of the defendant currency according to law.

This is a Final Judgment.

Dated: November 16, 2021

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE